IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TRISTA JONES                                                                           PLAINTIFF

v.                                     No. 3:20-cv-265-DPM

MARTY BOYD, Individually and in His
Official Capacity as Sheriff of Craighead
County, Arkansas; TURN KEY HEALTH
CLINICS, LLC; and JOHN DOES 1-10                                     DEFENDANTS

ORDER

Jones's unopposed motions to drop all her claims against Turn Key except her medical malpractice claim, and to amend her complaint to add Sandy Carmichael as a defendant, *Doc. 10 & 11*, are granted. Turn Key's motion to dismiss, *Doc. 6*, is denied as moot. Amended Complaint due by 21 October 2020.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 October 2020