IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TRISTA JONES                                                           PLAINTIFF

v.                           No. 3:20-cv-265-DPM

MARTY BOYD, Individually and in his
Official Capacity as Sheriff of Craighead
County, Arkansas; TURN KEY HEALTH
CLINICS, LLC; JOHN DOES 1-10; and
SANDY CARMICHAEL, Individually                          DEFENDANTS

ORDER

The Court agrees with Turn Key on the effect of the bankruptcy stay and that Jones's request to amend is therefore belated. Jones's alternative request—to which Defendants have not objected—is granted. All of Jones's federal claims are dismissed without prejudice, FED. R. CIV. P. 41(a)(2), and the case is remanded to the Circuit Court of Craighead County, Arkansas because no federal question remains. 28 U.S.C. § 1367(c)(3).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 November 2021